UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT L. BARRON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DEUTSCHE BANK AG; et al.,<br><br>Defendants,<br><br>and,<br><br>AMERICAN EXPRESS COMPANY; et al.,<br><br>Defendants - Appellants. | No. 05-55241<br><br>D.C. No. CV-04-00401-AHS<br>Central District of California,<br>Santa Ana<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 20 2005
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

| | |
|---|---|
| ROBERT L. BARRON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DEUTSCHE BANK AG; et al.,<br><br>Defendants,<br><br>and<br><br>AMERICAN EXPRESS COMPANY; et al.,<br><br>Defendants - Appellants. | No. 05-55558<br><br>D.C. No. CV-04-00401-AHS<br>Central District of California,<br>Santa Ana |

S:\CASES\2005\05-55241\05-10-14-dis.wpd

135



DOCKETED ON CM
OCT 24 2005
BY          032

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Stephen Liacouras
Circuit Mediator

S:\CASES\2005\05-55241\05-10-14-dis.wpd       2

